# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Glenn Tedder III, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:13-cv-00059-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Keith Whitener, **Chief Administrator** | ) | |
| **Alexander Correctional Institution,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 6, 2013 Order.

June 6, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court